

# MANDATE

## The Fourteenth Court of Appeals

NO. 14-15-00384-CV

Richard A. Dunsmore, Appellant

v.

M. (Madeline) Ortiz Et Al, Appellee

Appealed from the 412th District Court of Brazoria County. (Tr. Ct. No. 76312-I). Opinion delivered Per Curiam.

**TO THE 412TH DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before our Court of Appeals on October 1, 2015, the cause upon appeal to revise or reverse your order was determined. Our Court of Appeals made its order in these words:

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on April 8, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Richard A. Dunsmore.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, December 11, 2015.



**CHRISTOPHER A. PRINE, CLERK**